Wesley Jason, Jarvis
custody of: 572 E Broad St.
Pataskala. Ohio.
Zip exempt

*Propria persona, In Vivus*



# UNITED STATES DISTRICT COURT, FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| STATE OF OHIO, doing business as the OHIO DEPARTMENT OF COMMERCE, Securities Division<br><br>Plaintiff/*chancery defendant*,<br><br>vs.<br><br>WESLEY JARVIS,<br><br>Defendant,<br><br>wesley-jason: jarvis,<br><br>*chancery claimant* | CASE NO.: **2:20-CV-00908**<br><br>STATE CASE NO.: 19MS000267<br><br>**Bill of Complaint**<br><br>Date: March 20, 2020 |

Bill of Complaint

For: WESLEY JASON JARVIS
Without recourse, to the undersigned next friend
By: _____ PRINCIPAL, at arm's length

The Bill of claimant, wesley-jason: jarvis filed in the *Chancery Court* at United States District Court, Southern District of Ohio, Eastern Division, Columbus, Ohio.

*against*

defendant, United States of America, State of Ohio, Ohio Department of Commerce, officers, counsel, consul, trustees, servants, employees, corporations, associations, trusts, successors, agents and assigns.

    I verify that the United States of America through the State of Ohio is hereby notified via First Class United States Mail, that on the 20th day of March, 2020, of the filing with the Master of the said Court the following Bill praying for the process and relief requested within the premises.

Done this 20th day of March, 2020

By: _____
                      Affiant

Sent to the counsel of record for the equity defendant at the following address:

Ohio Department of Commerce
Melissa Wood, Esquire
77 S High Street, 22nd Floor
Columbus, OH. 43215

Office of Attorney General
State of Ohio
30 E. Broad St., 14th Floor
Columbus, OH 43215

And to the supervisory counsel of record:

Office of United States Attorney
United States Department of Justice
303 Marconi Blvd # 200
Columbus, OH 43215

And to the administrative claim adjudicator and trust protector

Office of Secretary of State
United States Department of State
2201 C Street, NW
Washington, DC 20520

The Bill of claimant, wesley-jason: Jarvis filed in the *Chancery Court* at United States District Court, Southern District of Ohio, Eastern Division, Columbus, Ohio.

*against*

defendant, United States of America, State of Ohio, Ohio Department of Commerce, officers, counsel, consul, trustees, servants, employees, corporations, associations, trusts, successors, agents and assigns.

To the Honorable Chancellor and Master, successors, agents and assigns holding the Chancery Court at United States District Court, Southern District of Ohio, Eastern Division, Columbus, Ohio:

Claimant respectfully shows to the Court:

I.

That the claimant's name is wesley-jason: Jarvis (heretofore and hereinafter the "claimant"). That the name of the legal entity is "Wesley Jason Jarvis" trading internationally as "WESLEY JASON JARVIS" (hereinafter the "legal entity").

II.

That the claimant is the contributing settlor and beneficiary to the charitable trust styled the "Kingdom of God" established by King James I, the arch-treasurer of the Holy-Roman Empire and the defendant in 1611 (hereinafter the "trust agreement") with respect to dominion over all four original jurisdictions, whose vested equitable rights and interests in said jurisdictions are secured by the word of the living God, guaranteed by his deposit of his Spirit within the claimant, and protected and enforced by the inherent jurisdiction of this Court granted to it by the Great Charter of his successor, King Charles II. The claimant claims 100 percent beneficial interest in said deposit, including all income, prinicipal, rents and profits derived therefrom. The claimant denies all claims to the contrary, whether at law or in equity.

III.

That the claimant is the contributing settlor and beneficiary of the legal entity, a severable part of the charitable trust; the confederacy styled the "United States of America", trading internationally as the "UNITED STATES OF AMERICA", State File number 134-75-137875; Treasury Master Account Number: 285706081; Identification Number: RQ433611 (hereinafter the "trust") with respect to all securities registered in the name of the trust and issued by defendant, its officers, counsel, consul, trustees, servants, employees, successors, agents and assigns under the trust agreement (hereinafter the "trust property"). The claimant claims 100 percent beneficial interest in the trust property including all income, principal, rents and profits derived therefrom. The claimant denies all claims to the contrary, whether at law or in equity.

IV.

That the claimant is the beneficiary, holding powers of direction, revocation and withdrawal for any trusts impressed upon the trust property by the defendant, with respect to all securities registered in the name of the trust and issued by the trustee (the "securities"). I claim 100 percent beneficial interest in the securities and all income, principal, rents and profits derived therefrom. The claimant denies all claims to the contrary, whether at law or in equity.

V.

That the defendants officers, counsel, consul, trustees, servants, employees, corporations, associations, trusts, successors, agents and assigns are in relation of confidence with claimant acting in the capacity of trustee for claimant (heretofore and hereinafter the "trustee" or the "defendant") with respect to the trust property and the securities. That the defendant withholds from the claimant, the exercise of his equitable rights and interests with respect to the trust property, the securities and the trust agreement, in violation of the said relation.

VI.

That the consequence of the acts of the defendant, leaves the claimant no remedy at law to protect and enforce the exercise of his equitable rights and interests with respect to the trust property, the securities and the trust agreement, is liable to inequitable injury by the acts of the defendant and each and every one of them, whether jointly or severally, in violation of the said relation states herein, and the said injury caused to the claimant by the defendant's acts will cause irreparable harm and damage to the claimant if the process and relief prayed for herein is not granted. Therefore, the claimant hereby on his Honor, invokes the inherent jurisdiction of this Court to protect and enforce his equitable rights and interests in the premises.

VII.

That the claimant acts only to preserve the trust property and the securities, did not know it is presumed by the defendant that the claimant acts in the capacity of trustee upon registration of the trust property and the securities in the trust's name by the defendant or this Court. The claimant hereby exercises his power of withdrawal and rescinds all signatures appearing on any applications/documents in the possession of the defendant or this Court, purporting to evidence the claimant's acceptance to act in the capacity of trustee, or authorizing and/or releasing the defendant from the duties and liabilities of the trustee, with respect to trust property, the securities and the trust agreement.

VIII.

That the claimant hereby rejects and declines acceptance of the office of the trustee with respect to the trust property, the securities and the trust agreement.

IX.

That the claimant hereby exercises his power of revocation and revokes the trust and all trusts impressed upon the trust property and the securities by the defendant. That the claimant directs the defendant to forthwith deliver all the trust property and the securities in the defendant's possession to the Master of this Court for payment and/or delivery to my Order.

X.

This Bill ordered by the claimant's Honor to issue, on the grounds that the claimant is entitled to the process and relief prayed for herein under the terms of the trust agreement, adjudicated by the inherent jurisdiction of this Court. If the process and relief prayed for herein is not granted, it evidences violation of the relation of confidence between the claimant and this Court, the Chancellor, the Master, officers, counsel, consul, trustees, servants, employees, successors, agents and assigns under the trust agreement.

XI.

That the filing of this Bill in this Court with the Master by the claimant, is notice of the premises of this Bill to the defendant. That no notice is required to be given to defendant on the grounds that: the premises herein are well settled; what is judicially known need not be proved;

and defendant, being in a relation of confidence with the claimant, is deemed to have judicial knowledge of the trust, the trust property, the securities and the trust agreement; evidenced by the defendant's officers, counsel, consul, trustees, servants, employees, successors, agents and assigns formal oath or affirmation of the liabilities, duties and obligations due the claimant, duly appearing on the books and records of this Court, in accord and satisfaction of the trust agreement.

XII.

That the claimant hereby consents to the income, principal, rents and profits due the claimant from the registration of this Bill in the trust's name by this Court, the Chancellor or the Master, successors, agents and assigns; to be used as security for costs to grant the process and relief prayed for herein.

XIII.

Claimant therefore prays:

**First.** That your Honor protect and enforce the exercise of all the claimant's equitable rights and interests.

**Second.** That your Honor render a decree in favor of the claimant directing the defendant to assist your Honor, the Master and this Court with winding up the affairs of the trust.

**Third.** That the defendant be required to deliver a full and detailed account of the trust property and the securities, including but not limited to: all moneys, notes of hand, accounts, choses in action and all other evidences of debt and all property of every kind that came into the hands of the defendant, and show the disposition made of them.

**Fourth.** That forthwith and without delay, an account be taken and stated by the Master showing all the trust property and the securities, including but not limited to: monies, accounts, choses in action and all other evidences of debt and all property of every kind that went into the defendant's hands, or should by due diligence have gone into its hands by virtue of the defendant being in relation of confidence with the claimant, and what dispositions made thereof, what rents and profits made, or could be made by due diligence have made out of the trust property and the securities that went or might have gone into the defendant's hands. That the Master show his/her said report what balance is due claimant, after allowing the defendant all just credits, but no compensation, and that a decree be rendered in the claimant's favor against the defendant and its sureties, if any, for the balance.

**Fifth.** That forthwith, an injunction decree be rendered in the claimant's favor by your Honor, permanently enjoining the defendant from withholding my equitable rights and interests in the trust property and securities, collecting, attempting to collect, causing to be collected from the claimant, from the interest, principal, rents and profits due the claimant from the trust property and the securities.

**Sixth.** That a decree for attachment issue in favor of the claimant and be levied on all the trust property and the securities in the hands of defendant.

**Seventh.** That the claimant may have such further and other relief as he may be entitled to.

   I, the claimant in the foregoing Bill, verify that the foregoing Bill is true, complete and correct upon personal knowledge, religious instruction and belief and will verify the same in open court. I direct the Master to file this Bill herein forthwith upon presentment by personal and/or electronic transmission.

Be it So Resolved,

By: _____
  wesley-jason: jarvis, claimant, without recourse, at arm's length.